UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER ANN ROACH,

       Plaintiff,                          Case No.  1:15-CV-794

v.

                                        HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant,
_____/

## **JUDGMENT**

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Commissioner's decision is **AFFIRMED**.


Dated:     August 5, 2016                        _____
                                                          Paul L. Maloney
                                                          United States District Judge